BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINA LAWSON** | Case No. CIV-08-2008 GGH |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 14, 2009, to August 21, 2009. This extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

|  |  |
|---|---|
| Dated: July 14, 2009 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
|  | Attorney for Plaintiff |
| Dated: July 14, 2009 | Lawrence G. Brown<br>Acting United States Attorney |
|  | */s/ Armand D. Roth*<br>ARMAND D. ROTH<br>Special Assistant U.S. Attorney<br>Social Security Administration |
|  | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 22, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

lawson.eot

2